

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

**STEVEN ERICH HUBBARD,**

    PLAINTIFF,	CASE NO: 2:09-CV-14652-AJT-MKM

V.	JUDGE: HON. ARTHUR J. TARNOW

**CREDIT PROTECTION ASSOCIATION, L.P,**

    DEFENDANT.

| STEVEN ERICH HUBBARD – IN PRO PER<br>37789 HIXFORD PLACE, APT F-10<br>WESTLAND, MI 48185<br>TEL: (734) 727-0661<br>E-MAIL: S.HUBBARD@INBOX.COM | CREDIT PROTECTION ASSOCIATION, L.P.<br>30600 TELEGRAPH RD.<br>BINGHAM FARMS, MI 48025<br>TEL: (972) 233-9614 |
|---|---|

### NOTICE OF VOLUNTARY DISMISSAL UNDER FED RUL CIV PROC. 41(a)(1)(A)(i)

**NOW COMES FORTH THE PLAINTIFF, STEVEN ERICH HUBBARD**, and in accordance with Fed R Civ Proc. 41(a) (1) (A) (i), hereby dismisses the above titled action without prejudice.

x_[signature]_
Steven Erich Hubbard – IN PRO PER
37789 Hixford Place, Apt F-10
Westland, MI 48185
Tel: (734) 727-0661
Date: 12/11/2009

### CERTIFICATE OF SERVICE

I, Steven Erich Hubbard, hereby certify that on December 11, 2009, I electronically filed the foregoing paper with the Clerk of the Court using the CMF/ECF system and will send such filing to the following:

N/A

And I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:

CREDIT PROTECTION ASSOCIATION, L.P.
30600 TELEGRAPH RD.
BINGHAM FARMS, MI 48025
TEL: (972) 233-9614

x *[signature]* Steven G. Hubbard
Steven Erich Hubbard – IN PRO PER
37789 Hixford Place, Apt F-10
Westland, MI 48185
Tel: (734) 727-0661