U.S. Department of Justice
United States Marshals Service



NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
Eastern District of Michigan

**FILED**
MAR 17 2010
CLERK'S OFFICE, DETROIT-PSG
U.S. DISTRICT COURT

TO: CREDIT PROTECTION ASSOCIATION, LP
30600 Telegraph Road
Bingham Farms, MI 48025

Civil Action, File Number   2:09-cv-14652-AJT-MKM

Steven Erich Hubbard
v.
Credit Protection Association, Incorporated

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and State law.

[U.S. Postal Service Delivery Confirmation Receipt overlay]
DELIVERY CONFIRMATION NUMBER: 0308 2040 0000 0875 5705
Article Sent To: Credit Protection 09-14652

part of this form below, AND RETURN COPIES 1 AND 2 to the sender
or this purpose. Keep copy 3 for your records.

WLEDGMENT ON ALL COPIES. If you are served on behalf of a
a partnership), or other entity, you must indicate under your signature your
alf of another person and you are authorized to receive process, you must

2 of this form to the sender within     days, you (or the party on whose
y any expenses incurred in serving a summons and complaint in any other

this form, you (or the party on whose behalf you are being served) must
fendants and/or 60 days for Federal defendants. If you fail to do so,
e relief demanded in the complaint.

ice and Acknowledgment of Receipt of Summons and Complaint By Mail
was mailed on this date.

12-17-09
Date of Signature

[Signature]
Signature (USMS Official)

ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at:

**RETURNED UNEXECUTED
NO RESPONSE RECEIVED
SUMMONS HAS EXPIRED**

_____          _____
Street Number and Street Name or P.O. Box No.    Relationship to Entity/Authority to Receive

_____          _____
City, State and Zip Code                            Service of Process

_____          _____
Signature                                            Date of Signature

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

USM Form-299
Rev. 10/03
Automated 10/03